# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HANNA LAURIE TAYLOR, | No. 1:19-CV-00660 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Schwab) |
| MAUREEN BEIRNE and PA ATTORNEY GENERAL, | |
| Defendants. | |

## ORDER

### JUNE 26, 2019

On June 4, 2019, Magistrate Judge Susan E. Schwab recommending dismissing Hanna Laurie Taylor's Petition for a Writ of Habeas Corpus without prejudice. No timely objections were filed to this Report and Recommendation. Finding no clear error on the face of the record, **IT IS HEREBY ORDERED** that

1. The Motion for Leave to Proceed in Forma Pauperis, ECF No. 2, is **CONDITIONALLY GRANTED**, for screening purposes only.

2. The Report and Recommendation, ECF No. 9, is **ADOPTED**.

3. Ms. Taylor's Petition, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge